**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for Defendant
EMILIO PALOMARES RUBIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>EMILIO PALOMARES RUBIO,<br><br>  Defendant | Case No.: Case No. 1:12-cr-0247 AWI BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARABARA MCAULIFFE AND, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, EMILIO PALOMARES RUBIO by through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for March 25, 2013 be continued to April 8, 2013 at 1:00 p.m., or a date convenient to court and counsel.

I have met with the defendant on multiple occasions to discuss the plea agreement. Defendant is requesting additional time to consider the plea agreement.  This is a mutual agreement between myself and Assistant United States Attorney Laurel Montoya.

//

//

1       IT IS SO STIPULATED.

2  DATED: March 21, 2013                    Respectfully Submitted,

3                                           **/s/ David A. Torres**_____
                                            DAVID A. TORRES
4                                           Attorney for Defendant
                                            Marco Antonio Coria-Duarte
5

6  DATED: March 21, 2013                    **/s/Laurel J. Montoya**___
                                            LAUREL J. MONTOYA
7                                           Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER**

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) AND 3161(h)(7)(B)(i) & (iv).



IT IS SO ORDERED.

    Dated:  **March 21, 2013**            /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE