1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant United States Attorneys
3 | 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5
6 | Attorneys for Plaintiff
7
8 | IN THE UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00247-AWI/BAM |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| v. | |
| EMILIO PALOMARES RUBIO, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing July 22, 2013, at 10:00 a.m.

2. By this stipulation, the government and the defendant now stipulate to continue the sentencing hearing until September 23, 2013, at 10:00 a.m.

3. An interview has been conducted to determine the applicability of U.S.S.G. §§ 2D1.1(b)(16) and 5C1.2(a)(1-5).  The government and the defendant are requesting additional time to conduct supplemental interviews and investigation in order to give the defendant every opportunity to comply so that a final determination regarding the applicability of the above-referenced sections referred to as the "safety valve" can be made.

Stipulation and Proposed Order

1

4. The government and the defendant request that this Court continue the matter to September 23, 2013 at 10:00 a.m. so this can be accomplished.

IT IS SO STIPULATED.

DATED: July 18, 2013           /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant United States Attorney


DATED: July 18, 2013           /s/ David Torres
                               DAVID TORRES
                               Attorney for Defendant


O R D E R

IT IS SO ORDERED.

Dated:   July 18, 2013         _____
                               SENIOR  DISTRICT  JUDGE

Stipulation and Proposed Order

2