BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00247-AWI |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNT FOUR OF THE INDICTMENT AND ORDER |
| v. | |
| EMILIO PALOMARES RUBIO, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss Count Four of the Indictment reserving restitution to be determined as stated in the Memorandum of Plea Agreement filed with this Court.

Dated: January 21, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney

                                       By: /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

IT IS SO ORDERED.

Dated:  January 22, 2014                   _____
                                           SENIOR DISTRICT JUDGE

GOVERNMENT'S MOTION TO DISMISS COUNT FOUR OF        1
THE INDICTMENT AND PROPOSED ORDER